BOYER ET AL. *v.* ELKINS ET AL.

.No. 438.   Decided November 16, 1964.

*George J. Francis* for appellants.

*Frank A. Bruno* and *H. D. Reed* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a properly presented federal question.

ASSOCIATED PRESS ET AL. *v.* WALKER.

No. 449.   Decided November 16, 1964.

*Billy R. Pesnell* and *Ashton Phelps* for appellants.

*W. Scott Wilkinson* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.